UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



WAYNE ORUILLE NORTON,

    Plaintiff,

v.                                    ACTION NO. 2:11cv400

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## REMAND ORDER

Plaintiff brought this action under 42 U.S.C. § 405(g) seeking judicial review of the decision of the Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's claim for disability insurance benefits ("DIB") and supplemental security income ("SSI"), under the Social Security Act.

On September 21, 2011, this matter was referred to a United States Magistrate Judge, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72(b) of the Federal Rules of Civil Procedure for report and recommendation. Report of the magistrate judge was filed on June 21, 2012, recommending that the Commissioner's decision be vacated and the case be remanded for further proceedings. By copy of the report, each party was advised of the right to file written objections to the findings and recommendations made by the magistrate judge. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired.

The court does hereby adopt and approve the findings and recommendations set forth in the report of the United States Magistrate Judge filed June 21, 2012. Accordingly, defendant's motion for summary judgment is **DENIED**; Plaintiff's Motion for Summary Judgement is **GRANTED** to the extent that it seeks remand for rehearing and **DENIED** to the extent that it seeks an award of benefits; and the final decision of the Commissioner is **VACATED** and the matter is hereby **REMANDED** to the Commissioner for further administrative proceedings consistent with Magistrate's Report and Recommendation filed June 21, 2012.

The Clerk shall forward a copy of this Remand Order to counsel for plaintiff and defendant.

/s/
Rebecca Beach Smith
Chief
United States District Judge
REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

July 10, 2012